UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **KARMIYA AMARISE,** | No. LA CV 20-06179-VBF-GJS |
| Plaintiff, | **ORDER** |
| v. | Overruling Objections (#63 and #64) and Adopting Report & Recommendation (#62) Granting Motions to Dismiss (#42 and #44); Dismissing the Action With Prejudice; Terminating the Case (JS-6) |
| COUNTY OF LOS ANGELES, et al., | |

Plaintiff's Objections **[Doc #63 and Doc #64] are OVERRULED.**

The Report and Recommendation **[Doc #62] is ADOPTED.**

Defendant County of Los Angeles's motion to dismiss **[Doc #44] is GRANTED.**

Defendant SMPD's motion to dismiss **[Doc #46] is GRANTED.**

All claims in the First Amended Complaint ("FAC") [Doc #30] against the County of Los Angeles and all claims against the SMPD are **DISMISSED WITH PREJUDICE.**

This case is TERMINATED (JS-6).  IT IS SO ORDERED.

Dated: March 30, 2021

_____

Hon. Valerie Baker Fairbank

Senior United States District Judge