JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **KARMIYA AMARISE,** | No. LA CV 20-06179-VBF-GJS |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES (erroneously sued as DCFS of LA), DOR - SANTA MONICA COMTY. CORP., et al., | |
| Defendants. | |

**Final judgment is hereby entered in favor of all the defendants and against plaintiff Karmiya Amarise.**  IT IS SO ADJUDGED.

Dated: March 31, 2021

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge